| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ARA JABAGCHOURIAN ESQ., Bar #205777<br>LAW OFFICE OF ARA JABAGCHOURIAN<br>1650 S. AMPHLETT BLVD., STE. 216<br>SAN MATEO, CA 94402<br>Telephone No: 650-437-6840    FAX No: 650-403-0909 | |

| Attorney for: Plaintiff | Ref. No. or File No.:<br>GRIGORIAN |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Central District Of California

Plaintiff: MARINE GRIGORIAN; ET AL
Defendant: CITIBANK, N.A.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept·Div: | Case Number:<br>2:23-cv-9519-MWF (Ex) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ON FIRST AMENDED COMPLAINT; CLASS ACTION COMPLAINT: FIRST AMENDED CLASS ACTION COMPLAINT: NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES: NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

3. a. Party served:     CITIBANK, N.A. c/o LEGAL SERVICES INTAKE UNIT
   b. Person served:    JOHN OWENS, LEGAL DEPT. SPECIALIST

4. Address where the party was served:   5800 S. CORPORATE PL. MAIL CODE 451
                                         SIOUX FALLS, SD 58108

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Dec. 13, 2023 (2) at: 8:53AM

7. Person Who Served Papers:
   a. RICHARD ROBER
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Dec. 18, 2023

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(RICHARD ROBER)

4376840.139573